```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                               CRIMINAL NO. 1:19-00307

JAMES WALKER

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion to continue the trial. (ECF No. 93). In support of the motion and the need for a continuance, counsel for the defendant contends that he needs further time to negotiate a plea with the government.

The government does not oppose defendant's request for a continuance.

In ordering the continuance of defendant's trial in this matter, the court finds that the ends of justice served by ordering the continuance outweigh the best interest of the defendant and the public in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). In deciding to grant the motion to continue, the court considered the factors outlined in 18 U.S.C. §3161(h)(7)(B) and found that failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the court hereby **GRANTS** the motion to continue and **ORDERS** as follows:

1. Trial of this action is continued until August 18, 2020, at 9:30 a.m., in Bluefield.  Jury instructions and proposed voir dire are to be filed by August 11, 2020; and

2. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 1st day of July, 2020.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge