IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 1:19-00307

JAMES WALKER

**MEMORANDUM OPINION AND ORDER**

Pending before the court is defendant's motion to continue. (ECF No. 103). In support of the motion and the need for a continuance, counsel for the defendant requests a continuance of the plea hearing currently scheduled for August 17, 2020. Counsel for defendant contends that he is away for three weeks and requests that the plea hearing be scheduled for September 8, 2020 or thereafter. The government does not oppose defendant's request for a continuance.

In ordering the continuance of defendant's trial in this matter, the court finds that the ends of justice served by ordering the continuance outweigh the best interest of the defendant and the public in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). In deciding to grant the motion to continue, the court considered the factors outlined in 18 U.S.C. §3161(h)(7)(B) and found that failure to grant a continuance would unreasonably deny the government continuity of counsel.

Accordingly, the court hereby **GRANTS** the motion to continue and **ORDERS** as follows:

1. Trial of this action is continued until September 9, 2020, at 9:30 a.m., in Bluefield. A plea hearing is scheduled for September 8, 2020, at 11:00 a.m., in Bluefield; and

2. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 14th day of August, 2020.

ENTER:

David A. Faber
Senior United States District Judge