IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:19-00307-01

JAMES WALKER

**MEMORANDUM OPINION AND ORDER**

Appellate counsel, John A. Carr, has requested a copy of the transcript from defendant's sentencing, held on July 14, 2021. See ECF No. 218.  During that hearing, at various points, counsel for both defendant and the government requested that certain portions of the hearing be sealed if a transcript was prepared. For this reason, when the transcript is filed, the Clerk is to provide access to only Mr. Carr[*] and counsel for the government. Counsel should then seek redactions to the transcript as appropriate in the time allotted.  Until the time period for redaction has passed, the Clerk should not provide the transcript to any other parties.

The Clerk is directed to send a copy of this Order to counsel of record.

IT IS SO ORDERED this 7th day of January, 2022.

ENTER:  David A. Faber
Senior United States District Judge

---

[*] The Order of the United States Court of Appeals for the Fourth Circuit appointing Mr. Carr gives him "access to sealed district court material, with the exception of ex parte or in camera material."  ECF No. 215 at 2.